**Aurelia DAVIS, as Next Friend of LaShonda D., Plaintiff–Appellant,**

v.

**MONROE COUNTY BOARD OF EDUCATION, et al., Defendants–Appellees.**

**No. 94–9121.**

United States Court of Appeals, Eleventh Circuit.

March 23, 2000.

Mary Patricia Sullivan, Macon, GA, Marcia Greenberger, Verna L. Williams,

**1378**

Deborah Brake, National Women's Law Center, Washington, DC, for Plaintiff–Appellant.

Wallace Warren Plowden, Jr., William Thomas Prescott, Jones, Cork & Miller, Macon, GA, for Defendants–Appellees.

Dennis J. Dimsey, Mark L. Gross, Linda F. Thome, Appellate Section, U.S. Dept. of Justice, Washington, DC, for Amicus Curiae U.S. Dept of Justice.

Julie Goldscheid, New York City, for Amicus Curiae NOW Legal Defense & Educ. Fund.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES.

Before TJOFLAT, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON, Circuit Judges.*

PER CURIAM:

In light of the Supreme Court's decision in this case, *Davis v. Monroe County Board of Education*, 526 U.S. 629, 119 S.Ct. 1661, 143 L.Ed.2d 839 (1999), the judgment of the district court is REVERSED, and the case is REMANDED for further proceedings.

SO ORDERED.